Sends

FILED
CLERK, U.S. DISTRICT COURT

NOV 20 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08-2858 M |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| v. | (Fed.R.Crim.P. 32.1(a)(6) |
| Roseanna Marie Pluma | 18 U.S.C. § 3143(a) |
| Defendant. | Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the ___Southern___ involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. (✓) the appearance of defendant as required; and/or

    B. (✓) the safety of any person or the community.

///
///
///
///
///

```
 1    2.   The Court concludes:
 2         A.   (✓) Defendant has failed to demonstrate by clear and
 3                  convincing evidence that s/he is not likely to pose
 4                  a risk to the safety of any other persons or the
 5                  community.  Defendant poses a risk to the safety
 6                  of other persons or the community based on:
 7                  _____
 8                  _____
 9                  _____
10                  _____
11                  _____
12         B.   (✓) Defendant has failed to demonstrate by clear and
13                  convincing evidence that s/he is not likely to flee
14                  if released.  Defendant poses a flight risk based
15                  on: _____
16                  _____
17                  _____
18                  _____
19                  _____
20
21         IT IS ORDERED that defendant be detained.
22
23    DATED:  11/20/08
24
25                                    _____
                                      HONORABLE JACQUELINE CHOOLJIAN
26                                    United States Magistrate Judge
27
28
```